

# SHAPIRO, FISHMAN & GACHÉ, LLP
## ATTORNEYS AT LAW

- Gerald M. Shapiro  
Also Licensed in Illinois

- David S. Kreisman  
Licensed in Illinois only

- Barry S. Fishman  
Also licensed in Illinois & California

- Ronald M. Gaché, P.A.

May 31, 2011

Joel L Gross  
The Law Office of Joel L Gross PA  
655 West Highway 50  
Suite 101  
Clermont, FL 34711

Re: Charlotte Rousseau  
    Case No: 6:11-bk-00955-KSJ  
    SFG No: 10-172263

Dear Sir or Madam:

I represent U.S. Bank, N.A., a secured creditor in the above-captioned case. Enclosed please find a Consent for Relief from the Automatic Stay Due to Surrender of Property.

If the Consent meets with your approval, please sign, date, and return the original to us as soon as possible. The execution of the Consent will negate the necessity of a formal Hearing. In the event the Consent does not meet with your approval, please contact our office immediately.

Very truly yours,


Kenneth W. Lockwood, ESQUIRE

Encs.

**Tampa Office:** Kristin Begneski•Kelly Chase•Jessica Conte•Barbara A. Couture•Amanda B. Cunningham•Natalie Curts•Chandra Dasrat•Joseph N. Dayan•Elizabeth Eckhart•Vivian J. Elliott•Gina Esposito•Michael Esposito•Hollan M. Fintel•Megan K. Gajewski•John Gallagher•Chris Giacinto•Melissa Giasi•Scott Griffith•Kevin Hing•Summer Hodges•Greg Hughes•James Johnson•Caroline Kane•Dierdre Kelsey-Holley•Meghan Kenefic•Sarah Kinnett•Kenneth W. Lockwood•Stephanie Lord•Karl Marsland-Pettit•Kimberly Matot•Thomas McFadyen•Farzad M. Milani•Ben Mollo•Barbara C. Peddicord•Tony Perez•Maria L. Pfohl•Steven G. Powrozek•Karla A. Ravenel•Jonathan Rosser•William Ruby•Jennifer Mouser Scott•Victoria Sheppard-Anderson•Craig T. Smith•James Spanolios•John N. Stuparich * of Counsel•Jillian L. Tefft•Jennifer Terrana•Andrea Toll•Julee Vance•Mike Wallace•Daniel Whitney  
**Boca Raton Office:** Marisa D. Ajmo•Marni Avidon•Richard W. Bassett•Danielle Stacy Bolton•Michelle B. Bonder•Ileen Cantor•Samantha Carr•Jennifer Chapkin•Ana Cohen•David Cramer•Megan E. Crandall•Lara Nicole Diskin•Jason Dugger•Denise E. Elder•Jaline Fenwick•Robert Goldman•Jason Goldstein•Erika Hengst•Mark Holmberg•Cassandra Jeffries•Sarah R. Klein•Joy L. Kohl•Jennifer Kopf•Jacob Linhart•Jennifer Maldonado•Adam L. Malley•Chad Muney•Ugo Nwadike•Vanessa Ortiz•Vanessa Pellot•Robin Luis Reyes•Myrnabell Roche•Ryan Matthew Scher•Katherine B. Seelie•Edward Shahady•Scott Simon•Tracy Starasoler•Luciana Ugarte•Amy Weaver•Heidi J. Weinzetl•Matthew Weissberg•Rebecca Federspiel Winner•David Wolin

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: | Case No. 6:11-bk-00955-KSJ
Chapter 13

Charlotte Rousseau

Debtor(s).

## CONSENT FOR RELIEF FROM THE AUTOMATIC STAY DUE TO SURRENDER OF PROPERTY

The Debtor(s), Charlotte Rousseau, hereby consents to the entry of an Order Granting Motion for Relief from the Automatic Stay, in order that U.S. Bank, N.A., may seek *in rem* relief as it relates to the following described real property:

THE SOUTH 80 FEET OF THE NORTH 150 FEET OF THE FOLLOWING DESCRIBED PARCEL:

THAT PART OF THE NORTHEAST 1/4 OF THE NORTHWEST 1/4 OF SECTION 22, TOWNSHIP 19 SOUTH, RANGE 24 EAST, IN THE CITY OF LEESBURG, FLORIDA, BOUNDED AND DESCRIBED AS FOLLOWS: FROM THE NORTHEAST CORNER OF THE NORTHWEST 1/4 OF SAID SECTION 22, RUN SOUTH 1122.74 FEET; THENCE WEST 675 FEET TO THE POINT OF BEGINNING OF THIS DESCRIPTION. FROM SAID POINT OF BEGINNING, RUN NORTH 230 FEET; THENCE WEST 130 FEET; THENCE SOUTH 230 FEET; THENCE EAST 130 FEET TO THE POINT OF BEGINNING. ALL LYING AND BEING IN LAKE COUNTY, FLORIDA.

LESS AND EXCEPT THE FOLLOWING TWO PARCELS:

PARCEL 1:
FROM THE NORTHEAST CORNER OF THE NORTHWEST 1/4 OF SECTION 22, TOWNSHIP 19 SOUTH, RANGE 24 EAST, LAKE COUNTY, FLORIDA, RUN NORTH 89° 47' 00" WEST, ALONG THE NORTH LINE OF THE NORTHWEST 1/4, 675 FEET; THENCE SOUTH 00° 15' 20" WEST, 1107.72 FEET TO THE POINT OF BEGINNING; THENCE CONTINUE SOUTH 00° 15' 20" WEST, 15 FEET; THENCE NORTH 89° 44' 40" WEST, 130 FEET; THENCE NORTH 00° 15' 20" EAST, 15 FEET; THENCE SOUTH

89° 44' 40" EAST, 130 FEET TO THE POINT OF BEGINNING.

PARCEL 2:
THAT PART OF A PARCEL OF LAND DESCRIBED AS BEING: THE WEST 130 FEET OF THE EAST 805 FEET OF THE NORTH 230 FEET OF THE SOUTH 440 FEET OF THE NORTHEAST 1/4 OF THE NORTHWEST 1/4 OF SECTION 22, TOWNSHIP 19 SOUTH, RANGE 24 EAST, LAKE COUNTY FLORIDA, LYING WITHIN, WHEN MEASURED AT RIGHT ANGLES THERETO, 15 FEET OF THE CENTERLINE OF MISPAH AVENUE OR 25 FEET OF THE CENTERLINE OF TUSKEGEE STREET, THE DESCRIPTION OF EACH BEING AS FOLLOWS:

DESCRIPTION OF THE CENTERLINE OF THE RIGHT-OF-WAY FOR MISPAH AVENUE:

FROM THE SOUTHWEST CORNER OF THE NORTHEAST 1/4 OF THE NORTHWEST 1/4 OF SECTION 22, TOWNSHIP 19 SOUTH, RANGE 24 EAST, LAKE COUNTY, FLORIDA, RUN NORTH 00° 15' 30" EAST, ALONG THE WEST BOUNDARY OF THE SAID NORTHEAST 1/4 OF THE NORTHWEST 1/4, FOR A DISTANCE OF 452.68 FEET TO A POINT IN THE RIGHT-OF-WAY OF MISPAH AVENUE IN BEULAH HEIGHTS SUBDIVISION, AND ALSO IN THE PROPOSED RIGHT-OF WAY FOR NEBRASKA STREET, SAID POINT BEING THE POINT OF BEGINNING OF THIS DESCRIPTION. FROM THIS POINT OF BEGINNING; RUN SOUTH 87° 50' 20" EAST, FOR A DISTANCE OF 662.65 FEET TO A POINT IN THE RIGHT-OF-WAY FOR TUSKEGEE STREET, LOCATED ON THE EAST BOUNDARY OF THE WEST 1/2 OF THE NORTHEAST 1/4 OF THE NORTHWEST 1/4, AT A DISTANCE OF 431.32 FEET NORTH OF THE SOUTHEAST CORNER OF THE SAID WEST 1/2 OF THE NORTHEAST 1/4 OF THE NORTHWEST 1/4 AND THE END OF THIS DESCRIPTION.

DESCRIPTION OF THE CENTERLINE OF THE RIGHT-OF-WAY FOR TUSKEGEE STREET:

BEGIN AT A POINT OF THE NORTH BOUDARY OF SECTION 22, TOWNSHIP 19 SOUTH, RANGE 24 EAST, LAKE COUNTY, FLORIDA, LOCATED 2.20 FEET EAST OF THE NORTHWEST CORNER OF THE EAST 1/2 OF THE NORTHEAST 1/4 OF THE NORTHWEST 1/4 OF SAID SECTION 22, AND RUN THENCE SOUTH 00° 15' 10" WEST, PARALLEL WITH THE WEST BOUNDARY OF THE SAID EAST 1/2 OF THE NORTHEAST 1/4 OF THE NORTHWEST 1/4, FOR A DISTANCE OF 1326.36 FEET TO A POINT IN THE RIGHT-OF WAY FOR HARLEM AVENUE, LOCATED ON THE SOUTH BOUNDARY OF THE AFORESAID NORTHEAST 1/4 OF THE NORTHWEST 1/4, AT A DISTANCE OF 2.20 FEET EAST OF THE SOUTHWEST CORNER OF THE AFORESAID EAST 1/2 OF THE NORTHEAST 1/4 OF THE NORTHWEST 1/4 AND THE END OF THIS DESCRIPTION.

Bearing a common address: 1111 Tuskegee Street, A and B, LEESBURG, FL 34748

ATTORNEY FOR DEBTOR(S)

Date:_____  By: _____
                                   Joel L Gross, ESQUIRE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Consent for Relief from the Automatic Stay due to Surrender of Property has been sent by electronic or standard first class mail on this 31st day of May, 2011 to the following:

Charlotte Rousseau, 242 Carroll St., Clermont, FL 34711
Joel L Gross, 655 West Highway 50, Suite 101, Clermont, FL 34711
Laurie K Weatherford, Post Office Box 3450, Winter Park, FL 32790
United States Trustee, 135 West Central Blvd., Suite 620, Orlando, FL 32801

/s/ Kenneth W. Lockwood
Kenneth W. Lockwood
FL Bar # 0016722
Shapiro, Fishman & Gaché, LLP
Attorney for Secured Creditor
4630 Woodland Corporate Blvd.
Suite 100
Tampa, FL 33614
Telephone: (813) 880-8888
Fax: (813) 880-8800
E-mail: klockwood@logs.com

10-172263